IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOK T. LAU,

      Plaintiff,                         CIV-S-05-1432 FCD EFB PS

      vs.

ATTORNEY GENERAL ALBERTO GONZALES,

      Defendant.                       ORDER

_____/

      On August 3, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

      Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

1

1   Accordingly, IT IS ORDERED that:

2   1. The Proposed Findings and Recommendations filed August 3, 2006, are
3   ADOPTED;
4   2. The complaint is dismissed with prejudice; and
5   3. The Clerk is directed to close the case.
6   DATED: September 11, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge